JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. 2:25-cv-00492-MBK<br><br>JUDGMENT |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

DATE: _____03/13/2026_____    _____

HON. MICHAEL B. KAUFMAN
U.S. MAGISTRATE JUDGE